**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | |
|---|---|
| IN RE: | Case No. 21-16066-ABA |
| | Chapter 13 |
| Nicholas J. Rossi | |
| aka Nicholas Rossi | |
| aka Nick Rossi | |
| | |
| Debtor(s). | |

### NOTICE OF APPEARANCE

**Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven P. Kelly, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:   /s/ Steven P. Kelly
Steven P. Kelly, Esquire
Bar No: 010032010
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
skelly@sterneisenberg.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 25th day of August, 2021, to the following:

Ronald E Norman
Law Office of Ronald E. Norman
Washington Professional Campus II
901 Route 168, Suite 407 A
Turnersville, NJ 08012
rnorman@rnormanlaw.com
*Attorney for Debtor(s)*

Isabel C. Balboa
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002
ibalboa@standingtrustee.com
*Chapter 13 Trustee*

U.S. Trustee
Office of the US Trustee
One Newark Center, Ste 2100
Newark, NJ 07102
ustpregion03.ne.ecf@usdoj.gov
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Nicholas J. Rossi
aka Nicholas Rossi
aka Nick Rossi
4 Brighton Pl
Sewell, NJ 08080-2302
*Debtor(s)*

                                                  By:      /s/ Steven P. Kelly
                                                                       Steven P. Kelly