Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  21−16066−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nicholas J. Rossi
   aka Nicholas Rossi, aka Nick Rossi
   4 Brighton Pl
   Sewell, NJ 08080−2302

Social Security No.:
   xxx−xx−2222

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 23, 2021.

Dated: December 23, 2021
JAN: cmf

                        Jeanne Naughton
                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                        Case No. 21-16066-ABA

Nicholas J. Rossi                                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                              User: admin                              Page 1 of 3
Date Rcvd: Dec 23, 2021                   Form ID: plncf13                       Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Nicholas J. Rossi, 4 Brighton Pl, Sewell, NJ 08080-2302 |
| 519272249 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998-2234 |
| 519282473 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519272254 | | Capital One Auto Finan, Credit, Bureau DISPUTE, Plano, TX 75023 |
| 519289790 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519272266 | + | Princeton Radiology Associates, 419 N Harrison St, Princeton, NJ 08540-3594 |
| 519272269 | | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 519272270 | | Robrt Wood Johnson Hospital, 10 Plum St Fl 4, New Brunswick, NJ 08901-2066 |
| 519272279 | | Syncb/Vintage King Aud, C/o, PO Box 965036, Orlando, FL 32896-5036 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 23 2021 20:10:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 23 2021 20:10:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2021 20:12:52 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519272252 | | Email/Text: BarclaysBankDelaware@tsico.com | Dec 23 2021 20:09:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 519272251 | | Email/Text: BarclaysBankDelaware@tsico.com | Dec 23 2021 20:09:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 519321515 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 23 2021 20:13:03 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519272253 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 23 2021 20:13:06 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519272255 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 23 2021 20:13:02 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519277844 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 23 2021 20:12:53 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519280980 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 23 2021 20:12:53 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519303443 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 23 2021 20:12:55 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 21-16066-ABA    Doc 31    Filed 12/25/21    Entered 12/26/21 00:13:01    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 23, 2021 | Form ID: plncf13 | Total Noticed: 48 |

| | | | |
|---|---|---|---|
| 519272256 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 23 2021 20:13:07 | Capital One Bank USA N, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519272257 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 23 2021 20:12:56 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519272259 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 23 2021 20:13:04 | Citibank North America, Citibank SD MC, 425 5800 South Corp Pl, Sioux Falls, SD 57101 |
| 519278714 | Email/Text: mrdiscen@discover.com | Dec 23 2021 20:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519272260 | Email/Text: mrdiscen@discover.com | Dec 23 2021 20:09:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519272261 | Email/Text: mrdiscen@discover.com | Dec 23 2021 20:09:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519272262 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 23 2021 20:09:00 | Internal Reveunue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519318185 | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 23 2021 20:10:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519272258 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 23 2021 20:13:06 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519272263 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 23 2021 20:12:51 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519300564 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 23 2021 20:13:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519272265 | + Email/Text: bankruptcy@lightstream.com | Dec 23 2021 20:10:00 | LightStream/Suntrust, Attn: Bankruptcy, 655 W Broadway, San Diego, CA 92101-8490 |
| 519272264 | Email/Text: bankruptcy@lightstream.com | Dec 23 2021 20:10:00 | Lightstream, 303 Peachtree St NE, Atlanta, GA 30308-3201 |
| 519317516 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 23 2021 20:12:54 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519324299 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 23 2021 20:12:54 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519272267 | + Email/Text: bankruptcyteam@quickenloans.com | Dec 23 2021 20:10:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519272268 | + Email/Text: bankruptcyteam@quickenloans.com | Dec 23 2021 20:10:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519299876 | + Email/Text: bankruptcyteam@quickenloans.com | Dec 23 2021 20:10:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, f/k/a Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519296343 | + Email/Text: bankruptcy@bbandt.com | Dec 23 2021 20:09:00 | SunTrust Bank now Truist Bank, Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 519272272 | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2021 20:13:00 | Syncb/Music, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519272273 | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2021 20:12:51 | Syncb/Musicians Friend, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519272275 | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2021 20:12:52 | Syncb/PPC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519272277 | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2021 20:12:52 | Syncb/Sam Ash Music, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519272276 | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2021 20:12:52 | Syncb/Sam Ash Music, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519272271 | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2021 20:13:07 | Syncb/hdceap, Attn: Bankruptcy, PO Box 965060, |

Case 21-16066-ABA    Doc 31    Filed 12/25/21    Entered 12/26/21 00:13:01    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 23, 2021 | Form ID: plncf13 | Total Noticed: 48 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Orlando, FL 32896-5060 |
| 519272274 | | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2021 20:13:00 | Syncb/ppc, PO Box 965005, Orlando, FL 32896-5005 |
| 519272278 | | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2021 20:13:07 | Syncb/swtwtr, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519275077 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2021 20:13:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519272250 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Ronald E. Norman | on behalf of Debtor Nicholas J. Rossi rnorman@rnormanlaw.com ekonecsny@rnormanlaw.com;dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com |
| Steven P. Kelly | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5