UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Isabel C. Balboa, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey  08002**
**(856) 663-5002**

In Re:

Nicholas J. Rossi

                    Debtor(s)

Case No. 21-16066 (ABA)

Judge:  Andrew B. Altenburg, Jr.

**STIPULATION ADJUSTING
TRUSTEE PAYMENTS**

    **WHEREAS**, a review of Debtor(s)' case by the Chapter 13 Standing Trustee's Office revealed that Debtor(s)' monthly Trustee payments should be recalculated and good cause having been shown, and

    **WHEREAS**, the Trustee and Debtor(s)' counsel have agreed to resolve the adjustment in Trustee payments by Stipulation;

    **NOW THEREFORE**, the Trustee and counsel for Debtor(s) hereby agree as follows:

Debtor(s)' case be and is hereby allowed to continue at $3,565 paid to date, then $202 per month for thirty-six (36) months starting August 1, 2023, for a total plan length of sixty (60) months.

    **IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on December 23, 2021, remain in effect.

| | |
|---|---|
| /s/ Ronald E. Norman | 7/11/2023 |
| Ronald E. Norman | Date |
| Debtor(s)' Attorney | |
| | |
| /s/ Isabel C. Balboa | 7/12/2023 |
| Isabel C. Balboa | Date |
| Chapter 13 Standing Trustee | |