UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Steven Kelly, ESQ.
COUNSEL FOR MOVANT
skelly@sterneisenberg.com
Stern & Eisenberg, PC
1120 Rt. 73
Suite 400
Mt. Laurel, NJ 08054
Telephone: (609) 397-9200
Facsimile: (856) 667-1456

In Re:
Nicholas J. Rossi aka Nicholas Rossi aka Nick Rossi

    Debtor(s)

Case Number: 21-16066-ABA

Chapter: 13

Hearing Date: December 12, 2023

Judge: Andrew B. Altenburg, Jr.

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

    [x] Settled        [ ] Withdrawn

Matter: Motion for Relief from the Automatic Stay filed by Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

| Date: December 7, 2023 | /s/Steven Kelly, Esq.<br>Steven Kelly, Esq. |
|---|---|