Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 21−16066−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nicholas J. Rossi
   aka Nicholas Rossi, aka Nick Rossi
   4 Brighton Pl
   Sewell, NJ 08080−2302

Social Security No.:
   xxx−xx−2222

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 1/17/25 at 09:00 AM

to consider and act upon the following:

*51* − Certification in Opposition to (related document:50 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 11/18/2024. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Ronald E. Norman on behalf of Nicholas J. Rossi. (Norman, Ronald)

Dated: 11/5/24

                                                  Jeanne Naughton
                                                  Clerk, U.S. Bankruptcy Court