**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Nicholas J. Rossi<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–2222 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 21–16066–ABA | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nicholas J. Rossi
aka Nicholas Rossi, aka Nick Rossi

9/17/26

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:
Nicholas J. Rossi
Debtor

Case No. 21-16066-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 4
Date Rcvd: Sep 17, 2026 | Form ID: 3180W | Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Nicholas J. Rossi, 4 Brighton Pl, Sewell, NJ 08080-2302 |
| 519272254 | | Capital One Auto Finan, Credit, Bureau DISPUTE, Plano, TX 75023 |
| 519272266 | + | Princeton Radiology Associates, 419 N Harrison St, Princeton, NJ 08540-3594 |
| 519272270 | | Robrt Wood Johnson Hospital, 10 Plum St Fl 4, New Brunswick, NJ 08901-2066 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 17 2026 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 17 2026 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PRA.COM | Sep 18 2026 00:51:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519272249 | | EDI: BANKAMER | Sep 18 2026 00:51:00 | Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998-2234 |
| 519272250 | | EDI: BANKAMER | Sep 18 2026 00:51:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519282473 | + | EDI: BANKAMER2 | Sep 18 2026 00:51:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519272252 | | EDI: TSYS2 | Sep 18 2026 00:51:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 519272251 | | EDI: TSYS2 | Sep 18 2026 00:51:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 519321515 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2026 21:17:49 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519272253 | | EDI: CAPITALONE.COM | Sep 18 2026 00:51:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519272255 | | EDI: CAPONEAUTO.COM | Sep 18 2026 00:51:00 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519277844 | + | EDI: AISACG.COM | Sep 18 2026 00:51:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519280980 | + | EDI: AISACG.COM | Sep 18 2026 00:51:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519303443 | + | EDI: AIS.COM | Sep 18 2026 00:51:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| | | | | |
|---|---|---|---|---|
| 519272256 | | EDI: CAPITALONE.COM | Sep 18 2026 00:51:00 | Capital One Bank USA N, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519272257 | | EDI: CITICORP | Sep 18 2026 00:51:00 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519272258 | | EDI: JPMORGANCHASE | Sep 18 2026 00:51:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519272259 | | EDI: CITICORP | Sep 18 2026 00:51:00 | Citibank North America, Citibank SD MC, 425 5800 South Corp Pl, Sioux Falls, SD 57101 |
| 519278714 | | EDI: DISCOVER | Sep 18 2026 00:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519272260 | | EDI: DISCOVER | Sep 18 2026 00:51:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519272261 | | EDI: DISCOVER | Sep 18 2026 00:51:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519272262 | | EDI: IRS.COM | Sep 18 2026 00:51:00 | Internal Reveune Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519318185 | | EDI: JEFFERSONCAP.COM | Sep 18 2026 00:51:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519289790 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 17 2026 21:04:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519272263 | | EDI: JPMORGANCHASE | Sep 18 2026 00:51:00 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519300564 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2026 21:17:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519272265 | + | Email/Text: bankruptcy@lightstream.com | Sep 17 2026 21:05:00 | LightStream/Suntrust, Attn: Bankruptcy, 655 W Broadway, San Diego, CA 92101-8490 |
| 519272264 | + | Email/Text: bankruptcy@lightstream.com | Sep 17 2026 21:05:00 | Lightstream, 303 Peachtree St NE, Atlanta, GA 30308-3253 |
| 519317516 | | EDI: PRA.COM | Sep 18 2026 00:51:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519673392 | | EDI: PRA.COM | Sep 18 2026 00:51:00 | Portfolio Recovery Associates, LLC, c/o BARCLAYS BANK DELAWARE, POB 41067, Norfolk, VA 23541 |
| 519324299 | | EDI: PRA.COM | Sep 18 2026 00:51:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519272267 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 17 2026 21:05:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519272268 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 17 2026 21:05:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519272269 | | Email/Text: clientservices@remexinc.com | Sep 17 2026 21:04:00 | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 519299876 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 17 2026 21:05:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, f/k/a Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519296343 | + | Email/Text: bankruptcy@bbandt.com | Sep 17 2026 21:04:00 | SunTrust Bank now Truist Bank, Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 519272272 | | EDI: SYNC | Sep 18 2026 00:51:00 | Syncb/Music, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519272273 | | EDI: SYNC | Sep 18 2026 00:51:00 | Syncb/Musicians Friend, C/o, PO Box 965036, Orlando, FL 32896-5036 |

| | | | | |
|---|---|---|---|---|
| 519272275 | | EDI: SYNC | Sep 18 2026 00:51:00 | Syncb/PPC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519272277 | | EDI: SYNC | Sep 18 2026 00:51:00 | Syncb/Sam Ash Music, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519272276 | | EDI: SYNC | Sep 18 2026 00:51:00 | Syncb/Sam Ash Music, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519272279 | | EDI: SYNC | Sep 18 2026 00:51:00 | Syncb/Vintage King Aud, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519272271 | | EDI: SYNC | Sep 18 2026 00:51:00 | Syncb/hdceap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519272274 | | EDI: SYNC | Sep 18 2026 00:51:00 | Syncb/ppc, PO Box 965005, Orlando, FL 32896-5005 |
| 519272278 | | EDI: SYNC | Sep 18 2026 00:51:00 | Syncb/swtwtr, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519275077 | + | EDI: PRA.COM | Sep 18 2026 00:51:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 46

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. bkgroup@kmllawgroup.com |
| Ronald E. Norman | on behalf of Debtor Nicholas J. Rossi rnorman@rnormanlaw.com ekonecsny@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com;norman.ronaldb115031@notify.bestc |

| | |
|---|---|
| | ase.com;9070633420@filings.docketbird.com |
| Steven P. Kelly | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. skelly@hinshawlaw.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7