Form ntcfncurv − ntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 21−16066−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Nicholas J. Rossi
aka Nicholas Rossi, aka Nick Rossi
4 Brighton Pl
Sewell, NJ 08080−2302

Social Security No.:
xxx−xx−2222

Employer's Tax I.D. No.:

---

**NOTICE OF RESPONSE TO TRUSTEE'S**
**NOTICE OF DISBURSEMENTS MADE**

TO: Nicholas J. Rossi
Debtor(s)

You are hereby notified that a Response to Trustee's Notice of Disbursements Made has been filed. Under Fed. R. Bankr. P. 3002.1(g), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: October 15, 2026
JAN: dmb

Jeanne Naughton, Clerk